FILED
CLERK, U.S. DISTRICT COURT

SEP 29 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　　　　　　Plaintiff,

　　　　　　v.

RAUDEL DAMIAN GARCIA

　　　　　　　　　　Defendant.

Case No.: ED 11-373 M

ORDER OF DETENTION
(FED.R. CRIM. P.32.1(a)(6); 18
U.S.C. § 3143(a))

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Southern___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

　　* UNKNOWN BACKGROUND / COMMUNITY TIES

　　* UNKNOWN AVAILABLE BAIL RESOURCES

　　* OUT OF DISTRICT WARRANT

1

and/or

B.    ( )    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:    9/29/11

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2